■ GARY CRAFT, Appellant, v GEORGE MAIER, Respondent. —Order unanimously affirmed without costs. Memorandum: Supreme Court did not err in denying plaintiff's motion for summary judgment. The questions of credibility on motions for summary judgment pursuant to CPLR 3212 or 3213 should not be resolved by the motion court; such questions should be deferred to the trier of the facts (see, Davis Acoustical Corp. v Matzen Constr., 57 AD2d 1018, 1019). (Appeal from order of Supreme Court, Monroe County, Cornelius, J.—summary judgment.) Present—Dillon, P. J., Doerr, Pine, Lawton and Davis, JJ.

■ CHARLOTTE J. LONG, Appellant, v TERRY L. TOWNER, Respondent.—Judgment unanimously affirmed without costs for reasons stated at Supreme Court, Finnerty, J. (Appeal from judgment of Supreme Court, Steuben County, Finnerty, J.—adverse claims to real property.) Present—Dillon, P. J., Doerr, Pine, Lawton and Davis, JJ.

■ THOMAS S. PAUZAR, Respondent, v CHILDREN'S HOSPITAL OF BUFFALO, Appellant, et al., Defendants.—Order unanimously modified on the law and as modified affirmed without costs, in accordance with the following memorandum: In this medical malpractice action, Supreme Court did not abuse its discretion in ordering an open commission to take the testimony of Dr. Toyama, an out-of-State, nonparty witness (see, CPLR 3108; see also, Stanzione v Consumer Bldrs., 149 AD2d 682; Wynkoop v County of Nassau, 139 AD2d 731; Wiseman v American Motors Sales Corp., 103 AD2d 230). Nor did the court err in ordering that the expenses incurred in obtaining such testimony be shared equally among the participating parties (see, 3A Weinstein-Korn-Miller, NY Civ Prac ¶ 3108.06). To the extent, however, that the order can be interpreted to grant plaintiff's motion seeking that Dr. Toyama's fee of $205 per hour be assessed equally among all parties, it is in error. Such fees may not be assessed in excess of those authorized in CPLR 8001 (see, Marcus v New York City Hous. Auth., 80 AD2d 844; see also, Matter of Board of Educ. v Ambach, 90 AD2d 227, 241-242, affd 60 NY2d 758, cert denied 465 US 1101). (Appeal from order of Supreme Court, Erie County, Gossel, J.—discovery.) Present—Dillon, P. J., Doerr, Pine, Lawton and Davis, JJ.